JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAVION KERSHAUN HAWKINS, | Case No. CV 21-09082-DFM |
| Petitioner, | JUDGMENT |
| v. | |
| RAYBON JOHNSON, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the Petition is dismissed with prejudice.

Date: May 3, 2023

DOUGLAS F. McCORMICK
United States Magistrate Judge